

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                    * From the 238th District Court
                                         of Midland County,
                                         Trial Court No. CR53839.

Vs. No. 11-20-00153-CR                 * September 9, 2021

Richard Bernardina Salga Loya,         * Memorandum Opinion by Trotter, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion.